# First District Court of Appeal
## State of Florida

_____

No. 1D17-4758
_____

VIKAS KAPOOR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Leon County.
Angela C. Dempsey, Judge.

September 19, 2019


PER CURIAM.

AFFIRMED.

WOLF, KELSEY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Steven L. Seliger, Assistant Public Defender, and Kathleen Stover, Assistant Public Defender, Tallahassee, for Appellant; Vikas Kapoor, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.